Walker Manuel Moreta
B.O.P. # 15725-049
North Lake Correctional Facility
P.O. Box 1500
Baldwin, MI 49304
February 24, 2020

2020 MAR -6 PM 4:08

RE: Docket No. 17-cr-109-01-JL; Judge, Joseph N. Laplante:
   PRO SE DOCUMENT REQUEST, CHANGE OF ADDRESS, NOTICE OF APPEAL.

Dear Court Clerk,

I write with concern to the above cause number and legal matter.
I am requesting the following documents regarding my criminal case: INDICTMENT, PLEA AGREEMENT, DOCKET REPORT.

I, Movant, hereby request the above documents and change of address to the above address. Movant would also like to obtain Court Transcrips, so please provide the order form.

Also, I would like to know if counsel filed Notice Of Appeal on the above cause number, if he did not filed it, then I, Movant hereby request that NOTICE OF APPEAL be filed with the Court due to the fact that Movant asked Counsel after sentencing to file for the appeal.

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C.A. SECTION 1746

I, Movant, Walker Manuel Moreta, declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
*Walker Moreta* Pro se,