Walker Manuel Moreta
DOP # 15-725-049
North Lake Correctional Facility
P.O. Box 1500
Baldwin, MI 49304

Court Clerk,
United States District Court
Judge Joseph N. LaPlante
55 Pleasant Street, Room 119
Concord NH 03301



03301-394135